IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL J. CAMMARANO, JR.,** : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> **DETECTIVE THOMAS M. WEAVER,** : <br> *et al.*, : <br>     Defendants. : | **CIVIL ACTION NO. 25-CV-2117** |

## ORDER

AND NOW, this 5th day of January, 2026, upon consideration of the Motion to Dismiss (ECF No. 12) filed by Defendants Thomas M. Weaver, John T. Adams, and the County of Berks, and Plaintiff Michael J. Cammarano, Jr.'s failure to comply with the Court's Order to file a Response thereto (ECF No. 13), and to show cause why the case should not be dismissed for failure to prosecute (ECF No. 14), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** due to Cammarano's failure to prosecute this case, for the reasons stated in the Court's accompanying Memorandum applying the factors announced in *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).

2. Defendants' Motion to Dismiss (ECF No. 12) is **DENIED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**